UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| KATIA KRAVTCHENKO; CHRISTOPHER REECE, <br><br> Plaintiff, <br><br> vs. <br><br> ALBERT WERNER; etc., *et al.*, <br><br> Defendant. | 2:10-cv-2118-GMN-RJJ <br><br> **ORDER** |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on March 28, 2011; May 27, 2011; and, July 28, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __18th__ day of January, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge