BRUCE SCOTT DICKINSON, ESQ.
Nevada Bar No. 002297
MICHAEL HOTTMAN, ESQ.
Nevada Bar No. 008501
LAUREN L. SPROEHNLE, ESQ.
Nevada Bar No. 11463
**STEPHENSON & DICKINSON, P.C.**
2820 West Charleston Boulevard, Suite B-19
Las Vegas, Nevada 89102
Telephone: (702) 474-7229
Facsimile:  (702) 474-7237
email:  admin@sdlawoffice.net

Attorneys for Defendants

# UNITED STATED DISTRICT COURT

# DISTRICT COURT OF NEVADA

| | |
|---|---|
| KATIA KRAVTCHENKO; CHRISTOPHER REECE,<br><br>Plaintiffs,<br><br>vs.<br><br>ALBERT WERNER; CRS LOGISTICS, INC., a Philadelphia corporation; DOES 1-20 and ROE CORPORATIONS 1/20, inclusive,<br><br>Defendants, | CASE NO.: 2:10-cv-02118-GMN-RJJ<br><br>**NOTICE OF CHANGE OF ATTORNEY** |

Please take notice that Jacqueline N. Walton, Esq., Nevada Bar No. 10602, is no longer affiliated with the firm Stephenson & Dickinson. Thus, please take her off the service list for this matter.

/ / /

/ / /

1

1     Additionally, please take notice that Lauren L. Sproehnle, Nevada Bar No. 11463 has become
2 affiliated with the firm of Stephenson & Dickinson and should be listed as of one of the attorneys of
3 record for Defendants.

4     DATED this 21st day of July 2011.

                                       STEPHENSON & DICKINSON, P.C.

                                       /s/ Bruce Scott Dickinson
                                       By:_____
                                       BRUCE SCOTT DICKINSON, ESQ.
                                       Nevada Bar No. 002297
                                       MICHAEL HOTTMAN, ESQ.
                                       Nevada Bar No. 008501
                                       LAUREN L. SPROEHNLE, ESQ.
                                       Nevada Bar No. 11463
                                       2820 West Charleston Boulevard, Suite B-19
                                       Las Vegas, Nevada 89102
                                       P: (702) 474-7229
                                       F: (702) 474-7237
                                       admin@sdlawoffice.net
                                       *Attorneys for Albert Werner and*
                                       *CRS Logistics, Inc.*

IT IS SO ORDERED.

_Robert J. Johnston_ (signature)

UNITED STATES MAGISTRATE JUDGE
DATED: JULY 28, 2011

2