JONATHAN R. HICKS, ESQ.
Nevada Bar No. 9584
BENJAMIN P. CLOWARD, ESQ.
Nevada Bar No. 11087
Utah Bar No. 12336
**RICHARD HARRIS LAW FIRM**
801 South Fourth Street
Las Vegas, Nevada 89101
Phone (702) 444-4444
Fax (702) 444-4455
E-Mail: jhicks@richardharrislaw.com
E-Mail: benjamin@richardharrislaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# IN AND FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KATIA KRAVTCHENKO,<br><br>Plaintiff,<br><br>vs.<br><br>ALBERT WERNER; CRS LOGISTICS, INC., a Philadelphia corporation; CHRISTOPHER REECE; DOES 1-20 and ROE CORPORATIONS 1-20, inclusive,<br><br>Defendants. | CASE NO.: 2:10 cv 02118 GMN RJJ |

## NOTICE OF CHANGE OF ATTORNEY

Please take notice that David D. Boehrer, Esq. Nevada Bar 9517, is no longer affiliated with the RICHARD HARRIS LAW FIRM, Thus, please take him off the service list for this matter.

Additionally, please notice that JONATHAN R. HICKS, ESQ., Nevada Bar No. 9584 and BENJAMIN P. CLOWARD, ESQ. Nevada Bar No. 11807 of RICHARD HARRIS LAW FIRM is the handling attorney and should be listed as Plaintiff, KATIA KRAVTCHENKO's

attorney of record with email addresses of jhicks@richardharrislaw.com., and benjamin@richardharrislaw.com.

Dated this __2__ day of August, 2011.

                                RICHARD HARRIS LAW FIRM

                                By: _____
                                JONATHAN R. HICKS, ESQ.
                                Nevada Bar No. 9584
                                BENJAMIN P. CLOWARD, ESQ.
                                Nevada Bar No. 11087
                                801 South Fourth Street
                                Las Vegas, Nevada 89101
                                *Attorneys for Plaintiff*

                                IT IS SO ORDERED.
                                _____
                                UNITES STATES MAGISTRATE JUDGE
                                DATE: AUGUST 12, 2011