UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATIA KRAVTCHENKO, | |
| Plaintiff, | 2:10-cv-2118-RJJ |
| vs. | |
| ANDREA M. STOBBE, etc., *et al.*, | O R D E R |
| Defendant, | |

This matter is before the Court on a Motion to Amend Complaint to Substitute the Estate of Albert Werner as Plaintiff (#33).

The Court having reviewed the Motion to Amend (#33) and good cause appearing therefore,

IT IS HEREBY ORDERED that the Motion to Amend Complaint to Substitute the Estate of Albert Werner as Plaintiff (#33) is **GRANTED**.

IT IS FURTHER ORDERED that Plaintiff shall forthwith file the amended complaint.

DATED this __23d__ day of May, 2012.

                                                                        _____
                                                                        ROBERT J. JOHNSTON
                                                                        United States Magistrate Judge