1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

KATIA KRAVTCHENKO, et al.,                )
                                          )
                          Plaintiffs,     )        Case No. 2:10-cv-02118-NJK
                                          )
vs.                                       )        **ORDER**
                                          )
ALBERT WERNER, et al.,                    )        (Stip Cont SC - Dkt. #60)
                                          )
                          Defendants.     )
_____      )

Before the court is Defendant Albert Werner and CRS Logistics, Inc.'s Stipulated Motion to Vacate and Reschedule the April 17, 2013, Settlement Conference (Dkt. #60). The above-named Defendants are unable to attend the conference for the scheduled date due to a trial conflict. The parties propose several mutually acceptable days between all parties in which to conduct the settlement conference. However, the court is unavailable on the proposed dates listed. As such, the court will reschedule the settlement conference for the court's first available time. Accordingly,

**IT IS ORDERED** that:

1.      Albert Werner and CRS Logistics, Inc.'s Stipulated Motion to Vacate and Reschedule the April 17, 2013, Settlement Conference (Dkt. #60) is **GRANTED,** and the Settlement Conference currently scheduled for April 17, 2013, at 1:30 p.m. before the undersigned, is **VACATED** and **CONTINUED** to the court's first available date of **Wednesday, June 12, 2013, at 1:30 p.m.**, in the chambers of United States Magistrate Judge Leen, Room #3071, Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.

/ / /

/ / /

2.     The deadline for chambers to receive the confidential settlement conference statements, currently due April 10, 2013, is **VACATED** and **CONTINUED** to be received in chambers, Room 3071, not later than **4:00 p.m., June 5, 2013.**

Dated this 28th day of March, 2013.

_____
Peggy A. Leen
United States Magistrate Judge