# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER REECE, | )<br>) |
| Plaintiff(s), | )  Case No. 2:10-cv-02118-NJK<br>) |
| vs. | )  ORDER DENYING PROPOSED<br>)  JOINT PRETRIAL ORDER |
| ALBERT WERNER, et al., | )<br>)  (Docket No. 70) |
| Defendant(s). | )<br>) |

Pending before the Court is a proposed joint pretrial order, which is hereby **DENIED**. Docket No. 70. The proposed joint pretrial order fails to conform to the formatting requirements set out in Local Rule 16-4. For example, it does not include a section for ACTION BY THE COURT or a signature line for the undersigned. *See* Local Rule 16-4 (section XI). The parties shall refile the proposed joint pretrial order, in compliance with the format outlined in Local Rule 16-4, no later than November 4, 2013.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge