**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER REECE,            ) | |
|                                                 ) | |
|             Plaintiff(s),             ) | Case No. 2:10-cv-02118-NJK |
|                                                 ) | |
| vs.                                         ) | ORDER DENYING PROPOSED |
|                                                 ) | JOINT PRETRIAL ORDER |
| ALBERT WERNER, et al.,      ) | |
|                                                 ) | (Docket No. 70) |
|             Defendant(s).           ) | |

Pending before the Court is a proposed joint pretrial order, which is hereby **DENIED**. Docket No. 70. The proposed joint pretrial order fails to conform to the formatting requirements set out in Local Rule 16-4. For example, it does not include a section for ACTION BY THE COURT or a signature line for the undersigned. *See* Local Rule 16-4 (section XI). The parties shall refile the proposed joint pretrial order, in compliance with the format outlined in Local Rule 16-4, no later than November 4, 2013.

IT IS SO ORDERED.

DATED: October 29, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge