# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER REECE, ) | |
| ) | |
| Plaintiff(s), ) | Case No. 2:10-cv-02118-NJK |
| ) | |
| vs. ) | ORDER RE: MOTIONS IN LIMINE |
| ) | |
| ALBERT WERNER, et al., ) | |
| ) | |
| Defendant(s). ) | |

On November 1, 2013, the Court entered an order regarding trial. Docket No. 75. That order provided unambiguously that all responses to motions in limine "shall be filed no later than January 7, 2014." *Id.* at 1. Seven motions in limine have been filed, Docket Nos. 77-83, but responses have not been filed opposing the last four motions. Accordingly, the parties have violated a clear order of the Court.[1] Although the Court may deem those motions in limine unopposed, *see* Local Rule 7-2(d), the Court will extend the deadline to file the responses.

Accordingly, the Court hereby ORDERS that all responses to motions in limine shall be filed no later than <u>noon on January 9, 2014</u>. The failure to do so will constitute a consent to the granting of

---

[1] The Court notes that the CM/ECF system provided an automatically-generated response deadline to these motions in limine of January 16, 2014. It should go without saying that these automatically-generated notices are not Court orders and do not somehow override the Court's clear order setting a deadline. *See, e.g.*, *Carrillo v. B&J Andrews Enters., LLC*, 2013 U.S. Dist. Lexis 22010, *2 (D. Nev. Feb. 19, 2013).

1  the motion.  *See* Local Rule 7-2(d).  To the extent that the parties do not intend to file responses in
2  opposition, they shall file a notice of non-opposition to the pending motions in limine no later than <u>noon</u>
3  <u>on January 9, 2014</u>.
4      IT IS SO ORDERED.
5      DATED: January 8, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge