# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER REECE,<br><br>             Plaintiff(s),<br><br>vs.<br><br>ALBERT WERNER, et al.,<br><br>             Defendant(s). | Case No. 2:10-cv-02118-NJK<br><br>ORDER VACATING HEARING |

The Court currently has set a hearing for January 27, 2014 at 1:30 p.m.  *See* Docket No. 105. The Court has now received an informal notice that the case has settled.  Accordingly, the hearing set for January 27, 2014 is hereby VACATED.

IT IS SO ORDERED.

DATED: January 24, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge