# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER REECE,<br><br>          Plaintiff(s),<br><br>vs.<br><br>ALBERT WERNER, et al.,<br><br>          Defendant(s). | Case No. 2:10-cv-02118-NJK<br><br>**ORDER CONTINUING TRIAL**<br><br>**ORDER DENYING MOTIONS IN LIMINE**<br><br>(Docket Nos. 77, 78, 80, and 107) |

      Pending before the Court is an unopposed motion to continue trial, indicating that the parties have settled the case. *See* Docket No. 107. The Court hereby **CONTINUES** the trial from January 28, 2014 to March 11, 2014. The parties are **ORDERED** to submit their dismissal paperwork no later than February 25, 2014. To the extent they are unable to meet that deadline, the parties are **ORDERED** to submit a status report no later than February 25, 2014.

      In light of the above, the pending motions in limine (Docket Nos. 77, 78, and 80) are hereby **DENIED** without prejudice.

      IT IS SO ORDERED.

      DATED: January 27, 2014

                                                      _____
                                                      NANCY J. KOPPE
                                                       United States Magistrate Judge