# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER REECE,                      )<br>                      Plaintiff(s),                      )<br>vs.                      )<br>                      )<br>ALBERT WERNER, et al.,                      )<br>                      )<br>                      Defendant(s).                      )<br>_____) | Case No. 2:10-cv-02118-NJK<br><br>ORDER CONTINUING TRIAL<br><br>ORDER DENYING MOTIONS<br>IN LIMINE<br><br>(Docket Nos. 77, 78, 80, and 107) |

Pending before the Court is an unopposed motion to continue trial, indicating that the parties have settled the case. *See* Docket No. 107. The Court hereby **CONTINUES** the trial from January 28, 2014 to March 11, 2014. The parties are **ORDERED** to submit their dismissal paperwork no later than February 25, 2014. To the extent they are unable to meet that deadline, the parties are **ORDERED** to submit a status report no later than February 25, 2014.

In light of the above, the pending motions in limine (Docket Nos. 77, 78, and 80) are hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: January 27, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge