**MTD**
TRACEY BRICE HOWARD
Nevada Bar No. 4543
THE HOWARD LAW FIRM
1835 Village Center Circle
Las Vegas, Nevada 89134
Telephone: (702) 385-5533
E-Mail: thoward@howardlawlv.com
Attorneys for Plaintiff Reece

## UNITED STATES DISTRICT COURT
## DISTRICT COURT OF NEVADA

| | |
|---|---|
| CHRISTOPHER REECE, <br><br> Plaintiffs, <br><br> vs. <br><br> ALBERT WERNER; CRS LOGISTICS, INC., a Philadelphia corporation; DOES 1-20 and ROE CORPORATIONS 1/20, inclusive, <br><br> Defendants. | CASE NO.: 2:10-cv-02118-NJK <br><br> **STIPULATED MOTION TO DISMISS WITH PREJUDICE** <br><br> AND ORDER |

Plaintiffs, by and through undersigned counsel, hereby submits this Stipulated Motion to Dismiss With Prejudice and hereby moves this Court to dismiss all claims in this action brought by Plaintiff Christopher Reece with prejudice and each party bearing its own costs.

WHEREFORE, the parties stipulated and agree that this case should be dismissed with prejudice.

**DATED** this 27th day of February, 2014.

{00035129 }-1-

THE HOWARD LAW FIRM

By: /s/ Tracey Brice Howard
Tracey Brice Howard, Esq.
Nevada Bar No. 4543
THE HOWARD LAW FIRM
1835 Village Center Circle
Las Vegas, Nevada 89134
(702) 385-5533
Fax: (702) 382-8891
*Attorneys for Christopher Reece*

TAYLOR|ANDERSON LLP

By: /s/ Amanda W. Wiley
Brent D. Anderson, Esq.
Amanda W. Wiley, Esq.
Taylor|Anderson, LLP
1331 17th Street, Suite 1050
Denver, Colorado 80202
(303) 551-6661
Fax: (720) 473-5978
banderson@talawfirm.com

IT IS SO ORDERED.
DATED:  February 27, 2014

_____
NANCY J. KOPPE
United States Magistrate Judge

{00035129 }-2-